**Temesgen Teshome ABDISSA, Plaintiff-Appellant,**

v.

**MERCK CORPORATE, Defendant-Appellee.**

No. 17-1079

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2017

Decided: May 24, 2017

Temesgen Teshome Abdissa, Appellant Pro Se. Jason Vincent Federmack, Ted N. Kazaglis, JACKSON LEWIS PC, Raleigh, North Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

PER CURIAM:

Temesgen Teshome Abdissa appeals the district court's order and judgment dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abdissa v. Merck Corporate,* No. 5:15-cv-00393-BO (E.D.N.C. Jan. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*